# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No.: 2:19-cv-00498-APG-EJY |
| Plaintiff | **Order Denying Motions** |
| v. | [ECF Nos. 5, 21] |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY and UNITED CAPITAL TITLE INSURANCE COMPANY, | |
| Defendants | |

In light of the parties' stipulation to stay this case (ECF No. 24),

I ORDER that the motion to stay case **(ECF No. 21) is DENIED as moot**.

I FURTHER ORDER that the pending motion to dismiss **(ECF No. 5) is denied without prejudice to renew after the stay is lifted**.

DATED this 27th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE