1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

10

| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, | Case No.:  2:19-cv-00498-ART-EJY |

11

12

13

Plaintiff,

vs.

**ORDER GRANTING**

**STIPULATION TO**
**CONTINUE STAY OF CASE**

14

15

16

FIDELITY NATIONAL TITLE INSURANCE COMPANY and UNITED CAPITAL TITLE INSURANCE COMPANY,

17

Defendants.

18

19

20      Plaintiff, U.S. Bank National Association, As Trustee for Citigroup Mortgage Loan Trust

21   Inc., Asset-Backed Pass-Through Certificates, Series 2006-HE2 ("Plaintiff") and Defendant

22   Fidelity National Title Insurance Company ("Fidelity", and with Plaintiff, the "Parties"), by and

23   through their undersigned counsel, hereby stipulate as follows:

24      This matter involves a title insurance coverage dispute wherein Plaintiff contends, and

25   Fidelity disputes, that the title insurance claim involving an HOA assessment lien and subsequent

26   sale was covered by the subject policy of title insurance.  There are now currently pending in the

27   United States District Court for the District of Nevada and Nevada state courts more than fifty

28   actions between national banks, on the one hand, and title insurers, on the other hand.  In virtually

1  all of these actions, the title insurer underwrote an ALTA 1992 or ALTA 2006 loan policy of title

2  insurance with form 1 coverage, along with the CLTA 100/ALTA 9 and/or CLTA 115.2/ALTA

3  5 Endorsements.

4         The Parties previously stipulated to limited stays of the case.  *See* ECF Nos. 28, 30.  The

5  stay is set to expire on September 19, 2023.  The Parties have conferred and believe a continued

6  sixty-two (62) day is warranted. The Nevada Supreme Court heard oral argument on April 11,

7  2023 in two appeals involving similar coverage disputes in *PennyMac Corp. v. Westcor Land*

8  *Title Ins. Co.*, Nevada Supreme Court Case No. 83737 ("*PennyMac*") and *Deutsche Bank Nat'l*

9  *Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No. 84161 ("*Deutsche*

10  *Bank*").   The Parties anticipate that the Nevada Supreme Court's decisions in the foregoing

11  appeals may touch upon issues regarding the interpretation of policy and claims handling, that

12  could potentially affect the disposition of the instant action.

13         Due to the anticipated imminent decisions from the Nevada Supreme Court, the Parties

14  believe an additional stay of sixty-two (62) days in the instant action will best serve the interests

15  of judicial economy.  The Parties request that the action be stayed for an additional sixty-two (62)

16  days, through and including, November 20, 2023.  The Parties are to submit a Joint Status Report

17  or another stipulation and order on or before November 20, 2023.  The Parties further agree that

18  this stipulation and stay of this case is entered based on the specific circumstances surrounding

19  this particular case, and that this stipulation shall not be viewed as a reason for granting a stay in

20  any other pending matter.

21      **NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby

22  stipulate and agree as follows:

23      1.  In the interests of judicial economy and in efforts to preserve the Parties' resources,

24         the Parties request that this action be **STAYED FOR AN ADDITIONAL SIXTY-**

25         **TWO (62) DAYS**, through and including, November 20, 2023.

26      2.  All deadlines currently set in this case shall remain **VACATED**.

27      3.  The Parties are to submit a Joint Status Report, or further stipulation to stay the case,

28         on or before November 20, 2023.

4. The stay will not impact subpoenas duces tecum and deposition subpoenas to third parties, and the Parties may enforce subpoenas that the Parties propounded to third parties during the stay.

5. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

**IT IS SO STIPULATED.**

DATED this 19th day of September, 2023.          DATED this 19th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP                         SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*                            */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                            Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                              Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                    15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117                               Sherman Oaks, California 91403
*Attorney for Plaintiff, U.S. Bank National*       *Attorney for Defendant Fidelity National Title*
*Association, As Trustee for Citigroup*            *Insurance Company*
*Mortgage Loan Trust Inc., Asset-Backed*
*Pass-Through Certificates, Series 2006-HE2*

**IT IS SO ORDERED.**

Dated this 20th day of September, 2023.

_____
Anne R. Traum
United States District Court Judge