1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION, | Case No.: 2:19-CV-00498-ART-EJY |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff U.S. Bank National Association and defendants Fidelity National Title Insurance Company and United Capital Title Insurance

Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated: April 22, 2024                     SINCLAIR BRAUN KARGHER LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY AND UNITED CAPITAL TITLE INSURANCE COMPANY

Dated: April 22, 2024                     WRIGHT FINLAY & ZAK LLP

By: */s/-Christina V. Miller*
CHRISTINA V. MILLER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

_____
THE HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2024